```
JOHN OLIVER HAMILTON, JR        MS UROLOGY CLINIC           TRUSTCARE HEALTH
312 WILLIAMS CIR                PO BOX 116663               PO BOX 14000
FLOWOOD, MS 39232               ATLANTA, GA 30368           ATTN #24860Y
                                                            BELFAST, ME 04915-4033


THOMAS C. ROLLINS, JR.          NELNET
THE ROLLINS LAW FIRM, PLLC      ATTN: CLAIMS
P.O. BOX 13767                  PO BOX 82505
JACKSON, MS 39236               LINCOLN, NE 68501


ACCOUNTS RECEIVABLE MA          PERIOPERATIVE SERVICES
P.O. BOX 638                    234 E. CAPITOL ST
PARIS, TN 38242                 JACKSON, MS 39201


BAPTIST MEDICAL CENTER          PRECISE
1225 N STATE ST                 3531 LAKELAND DR.
JACKSON, MS 39202               FLOWOOD, MS 39232


BAPTIST MEMORIAL HOSP           RADIOLOGICAL GROUP
P.O. BOX 745336                 P.O. BOX 2989
ATLANTA, GA 30384-5336          JACKSON, MS 39207


DISCOVER FINANCIAL              REGIONS BANKCARD
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 3025                     1900 5TH AVE N
NEW ALBANY, OH 43054            HOOVER, AL 35203


EMBCC                           SMITH ROUCHON
P.O. BOX 650292                 1456 ELLIS AVE.
DALLAS, TX 75265-0292           JACKSON, MS 39204


JPMCB                           STILL WATERS COUNSEL
MAILCODE LA4-7100               199 CHARMANT PI
700 KANSAS LANE                 RIDGELAND, MS 39157
MONROE, LA 71203


MISSISSIPPI PHYSICIANS          SYNCHRONY BANK
P.O. BOX 731584                 ATTN: BANKRUPTCY
DALLAS, TX 75373                PO BOX 965060
                                ORLANDO, FL 32896
```