Certificate Number: 17082-MSS-DE-039679809

Bankruptcy Case Number: 25-01014



17082-MSS-DE-039679809

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2025, at 9:59 o'clock PM MST, JOHN O HAMILTON Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 19, 2025

By:     /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director