United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01014-JAW
John Oliver Hamilton, Jr  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Jul 25, 2025 | Form ID: 318 | Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Oliver Hamilton, Jr, 312 Williams Cir, Flowood, MS 39232-8335 |
| 5500620 | + | Baptist Medical Center, 1225 N State St, Jackson, MS 39202-2097 |
| 5500621 | | Baptist Memorial Hosp, P.O. Box 745336, Atlanta, GA 30384-5336 |
| 5500626 | + | MS Urology Clinic, PO Box 116663, Atlanta, GA 30368-6663 |
| 5500625 | + | Mississippi Physicians, P.O. Box 731584, Dallas, TX 75373-1584 |
| 5500628 | + | Perioperative Services, 234 E. CAPITOL ST, Jackson, MS 39201-2418 |
| 5500629 | + | Precise, 3531 Lakeland Dr., Flowood, MS 39232-8016 |
| 5500630 | + | Radiological Group, P.O. Box 2989, Jackson, MS 39207-2989 |
| 5500633 | + | Still Waters Counsel, 199 Charmant Pl, Ridgeland, MS 39157-4358 |
| 5500635 | | Trustcare Health, PO BOX 14000, Attn #24860Y, Belfast, ME 04915-4033 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5500619 | + | Email/Text: rlambert@mscb-inc.com | Jul 25 2025 19:25:00 | Accounts Receivable Ma, P.O. Box 638, Paris, TN 38242-0638 |
| 5500622 | + | EDI: DISCOVER | Jul 25 2025 23:21:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5500623 | ^ | MEBN | Jul 25 2025 19:20:50 | EMBCC, P.O. Box 650292, Dallas, TX 75265-0292 |
| 5500624 | + | EDI: JPMORGANCHASE | Jul 25 2025 23:21:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5500627 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 25 2025 19:25:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5500631 | + | Email/Text: newbk@Regions.com | Jul 25 2025 19:25:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N, Hoover, AL 35203-2610 |
| 5500632 | + | Email/Text: Tracey@sra-inc.net | Jul 25 2025 19:25:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5500634 | + | EDI: SYNC | Jul 25 2025 23:21:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: 318 | Total Noticed: 18 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor John Oliver Hamilton Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **John Oliver Hamilton Jr** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–3076** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | |
| Case number:  **25–01014–JAW** | |

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**John Oliver Hamilton Jr**
aka Jake Hamilton

Dated: 7/25/25

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**